# UNITED STATES DISTRICT COURT
for the
Eastern District of Arkansas


FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

SEP 07 2021

TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

David M. Gilbert
_____
Plaintiff/Petitioner
v.
Allen Estes + Christina Olivier
_____
Defendant/Respondent

)
)
) Civil Action No. _____
)
)

2021 SEP -7 A 9:38

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: __Stone County Jail__.
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:

My gross pay or wages are:   $ __0.00 XX__ , and my take-home pay or wages are:  $ __0.00 XX__ per
*(specify pay period)* _____.

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

(a) Business, profession, or other self-employment      ☐ Yes   ☒ No
(b) Rent payments, interest, or dividends               ☐ Yes   ☒ No
(c) Pension, annuity, or life insurance payments        ☐ Yes   ☒ No
(d) Disability, or worker's compensation payments       ☐ Yes   ☒ No
(e) Gifts, or inheritances                              ☐ Yes   ☒ No
(f) Any other sources                                   ☐ Yes   ☒ No

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

Stimulus Check

AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4. Amount of money that I have in cash or in a checking or savings account: $ 0.00

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*: 2010 Dodge Ram 1500 Travel Trailer 2008 Palimeney

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*: Water bill $100.00 Month

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support: None

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*: Hospital Bills 25,000.00 to 30,000.00

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: 8-19-21

Applicant's signature

David Gilbert
Printed name

## CALCULATION OF INITIAL PAYMENT OF FILING FEE

(To be Completed by the Institution of Incarceration)

PLAINTIFF: _David M. Gilbert_

ADC NUMBER: _____

FEDERAL COURT CASE NUMBER (IF KNOWN): _____

Total deposits for last six (6) months:                $ 0.00 ~~XX~~

Average monthly deposit (total deposits divided by 6):   $ 0.00 ~~XX~~

Total balances for last six (6) months:                $ 0.00 ~~XX~~

Average monthly balance:                               $ 0.00 ~~XX~~
(Total balances divided by 6)

Current account balance:                               $ 0.00 ~~XX~~

Initial payment of filing fee as of _____:      $ _____

(The greater of the average monthly deposit
Or the average monthly balance x .20)

DATE: ___-___-21___   AUTHORIZED OFFICIAL _____

(NO FILING FEE SHALL BE IN EXCESS OF
$350.00 FOR A CIVIL LAWSUIT
OR
$505.00 FOR AN APPEAL)

# CERTIFICATE
(Prisoner Accounts Only)
(To be Completed by the Institution of Incarceration)

I certify that the applicant named herein has the sum of $ 0.00 ❌❌ on account to his/her credit at the _Stone County Jail_ institution where he is confined.

I further certify that the applicant likewise has the following securities to his/her credit according to the records of said institution: 0.00 ❌❌ (zero)

I further certify that during the past six months the applicant's average balance was $ 0.00 ❌❌ .

_____-21_____                              _____
Date                                       Signature of Authorized Officer of Institution