# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

HOUSTON L. HAMILTON
#37847                                                                                                PLAINTIFF

V.                          NO. 3:21-cv-00184-BRW-ERE

SUSAN COX and
DOE                                                                                                  DEFENDANTS

## ORDER

Pending before the Court is Plaintiff Houston L. Hamilton's motion for a status update. The motion (*Doc. 6*) is GRANTED.

On September 7, 2021, the Court issued a summons for Defendant Susan Cox. *Doc. 5*. That summons has not yet been returned either executed or unexecuted.

IT IS SO ORDERED this 4th day of October, 2021.

_____
UNITED STATES MAGISTRATE JUDGE