# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

HOUSTON L. HAMILTON
#37847                                                                                    PLAINTIFF

V.                          NO. 3:21-cv-00184-BRW-ERE

SUSAN COX, *et al.*                                                                    DEFENDANTS

## ORDER

Pending before the Court are Plaintiff Houston L. Hamilton's motions for the appointment of counsel. *Docs. 24, 25*.

Mr. Hamilton's motion additionally states that Detention Center officials will not "release" his medical request forms and grievances to him if he is not represented by counsel. *Doc. 25 at 1*.

IT IS THEREFORE ORDERED THAT:

1. The motions for counsel (*Docs. 24, 25*) are DENIED, without prejudice, for the reasons previously explained. See Order, *Doc. 3 at 3*.

2. The Warden and/or Records Supervisor of the Poinsett County Detention Center is instructed to allow Mr. Hamilton reasonable access to review his jail file, including his medical request forms and grievances. However, the Warden and/or Records Supervisor is not required to provide Mr. Hamilton copies of those documents.

3. The Clerk is instructed to provide a copy of this Order to the Warden and/or Records Supervisor for the Poinsett County Detention Center, 1500 Justice Drive, Harrisburg, Arkansas 72432.

DATED this 14th day of January, 2022.

_____
UNITED STATES MAGISTRATE JUDGE