IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

HOUSTON L. HAMILTON
#37847                                                                                                        PLAINTIFF

V.                                           NO. 3:21-cv-00184-BRW-ERE

SUSAN COX, *et al*.                                                                                 DEFENDANTS

## ORDER

I have reviewed the Recommendation[1] submitted by United States Magistrate Judge Edie R. Ervin and the filed objections. After carefully considering these documents and making a *de novo* review of the record in this case, I approve and adopt the Recommended Disposition in all respects.

Mr. Hamilton's claims against the Doe Defendant are DISMISSED, without prejudice. The Clerk is instructed to terminate the Doe Defendant as a party to this lawsuit.

IT IS SO ORDERED this 19th   day of  January  , 2022.

          BILLY ROY WILSON          
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 23.