IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**HOUSTON L. HAMILTON**
**#37847**   **PLAINTIFF**

V.   NO. 3:21-cv-00184-BRW-ERE

**SUSAN COX and**
**DOE**   **DEFENDANTS**

## ORDER

Pending before the Court is Plaintiff Houston L. Hamilton's motion for copies. *Doc. 39*. In his motion, Mr. Hamilton explains that he received a damaged "pack of paper" in the mail.[1]

IT IS THEREFORE ORDERED THAT:

1. Mr. Hamilton's motion for copies (*Doc. 39*) is GRANTED.

2. The Clerk is instructed to send Mr. Hamilton copies of docket entries #35, #36, and #37.

3. The Court reminds Mr. Hamilton that his response to Defendant's motion for summary judgment is currently due by July 14, 2022. *Doc. 38*. If he needs more time, he may file a motion with the Court.

Dated this 1st day of July, 2022.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] Although it is not entirely clear, the Court assumes that this "pack of paper" is Defendant's motion for summary judgment, statement of facts, and supporting brief. *Docs. 35, 36, 37*.