# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**HOUSTON L. HAMILTON**
**#37847**                                                                                      **PLAINTIFF**

**V.**                           **NO. 3:21-cv-00184-BRW-ERE**

**SUSAN DUFFEL**                                                                                **DEFENDANT**

## JUDGMENT

Consistent with the Order entered on this day, this case is dismissed. All relief sought is denied, and the case is closed.

Dated this 18th day of August, 2022.

 

BILLY ROY WILSON
_____
UNITED STATES DISTRICT JUDGE